UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATASHA RYAN,

Plaintiff,

v.

MILDRED SPIRO, et al.,

Defendants.

No. 2:25-cv-01245-DAD-SCR (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S SECOND AMENDED COMPLAINT WITHOUT FURTHER LEAVE TO AMEND

(Doc. Nos. 7, 9)

Plaintiff Natasha Ryan is proceeding *pro se* and *in forma pauperis* in the above-captioned civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 5, 2026, the assigned magistrate judge screened plaintiff's second amended complaint, found that it failed to state a claim upon which relief may be granted, and issued findings and recommendations recommending that this action be dismissed without further leave to amend. (Doc. No. 9) Specifically, the magistrate judge concluded that plaintiff's second amended complaint failed to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure, contained no delineated claims or causes of action, alleged that she was the subject of abuse by the named defendant between 1989 and 2001, and purported to state an intentional tort claim under state law over which this federal court would lack subject matter jurisdiction. (*Id.* at 2–3.)

The magistrate judge also noted that while in her first amended complaint plaintiff purported to bring claims under 42 U.S.C. § 1983, her second amended complaint no longer referred to § 1983. (*Id.* at 3.) Finally, the magistrate judge found that because the court had already provided plaintiff guidance as to the pleading requirements when dismissing her original and first amended complaints, it was now apparent that the granting of further leave to amend would be futile. (*Id.* at 3.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 5, 2026 (Doc. No. 9) are adopted in full;
2. Plaintiff's second amended complaint and this action are dismissed for failure to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure, failure to state a cognizable claim, and as time barred, without further leave to amend;
3. Plaintiff's request to waive service of summons (Doc. No. 7) is denied as having been rendered moot by this order of dismissal; and

/////

/////

/////

---

[1] Although plaintiff did not file objections to the pending findings and recommendations within the time provided, on April 14, 2026, the court did receive an unauthorized third amended complaint from plaintiff. (Doc. No. 10.) The court has reviewed that unauthorized filing and finds that it clearly does not cure the pleading deficiencies noted in the pending findings and recommendations.

4. The Clerk of the Court is directed to enter judgment in favor of defendant and to close this case.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE